UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID LEADERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-105 |
| ) | (Shirley) |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION d/b/a ) | |
| PHILIPS CONSUMER ELECTRONICS ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 15].

Plaintiff moves to compel Defendant Philips to produce "certain HR business records of defendant Philips," which Plaintiff contends are being "held in secret . . . and have not been released to Plaintiff as requested in discovery." Additionally, Plaintiff moves to compel Defendant "to reveal the identity of its then company attorney . . . as this attorney will now become instrumental in revealing the true nature of the workings and purposes of the termniations, as he would have provided legal advice to Philips during this period of time . . . ." [Doc. 81].

Plaintiff's motion is untimely. Paragraph 4(g) of the Scheduling Order [Doc. 17] provides that motions to compel must be filed sixty (60) days prior to trial. Moreover, Plaintiff's

motion fails to set forth the required certification that the movant has in good faith conferred with the opposing party to secure the requested information without court intervention.  <u>See</u> Fed. R. Civ. P. 37.  Additionally, Plaintiff failed to comply with Local Rule 37.2, which requires a discovery motion to include a verbatim recitation of each interrogatory, request, answer, response, or objection which is the subject of the motion.

For these reasons, Plaintiff's Motion to Compel Discovery [Doc. 81] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

<u>   s/ C. Clifford Shirley, Jr.   </u>
United States Magistrate Judge