UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DAVID LEADERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:02-CV-105 |
| | ) | (Shirley) |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORPORATION d/b/a | ) | |
| PHILIPS CONSUMER ELECTRONICS | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 15].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, Defendant's Motion for Summary Judgment [Doc. 23] and Plaintiff's Motion for Summary Judgment [Doc. 28] are **DENIED**

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge