UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID LEADERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-105 |
| ) | (Shirley) |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION d/b/a ) | |
| PHILIPS CONSUMER ELECTRONICS ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 15].

The plaintiff, proceeding pro se, moves the Court to issue subpoenas to various trial witnesses. [Doc. 107]. Such motion [Doc. 107] is unnecessary and is therefore **DENIED**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge