UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID LEADERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-105 |
| ) | (Shirley) |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION d/b/a ) | |
| PHILIPS CONSUMER ELECTRONICS ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, and based on the entire record in this case, the Defendant's oral motion for judgment as a matter of law in its favor pursuant to Rule 50 of the Federal Rules of Civil Procedure is **GRANTED**. This case is hereby **DISMISSED**. The Clerk is directed to close the file in this case.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

1